Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
JEFFREY FELDMAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY FELDMAN, | Case No.: **2:16-cv-01888-JCM-GWF** |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Plaintiff Jeffrey Feldman ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to September 14, 2017; and that Defendant shall have 30 days or until October 16, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due November 6, 2017.

-1-

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 24, 2017   Respectfully submitted,

                    ROHLFING & KALAGIAN, LLP

                /s/ *Marc V. Kalagian*
    BY: _____
       Marc V. Kalagian
       Attorney for plaintiff JEFFREY FELDMAN


DATED: July 24, 2017   Steven W. Myhre
                    United States Attorney

                    */S/   Chantal R. Jenkins
                    _____
                    Chantal R. Jenkins
                    Special Assistant United States Attorney
                    Attorney for Defendant
                    [*Via email authorization]

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 25, 2017_____