Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
JEFFREY FELDMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY FELDMAN<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 2:16-cv-01888-GWF<br><br>UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE |

Plaintiff Jeffrey Feldman and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to this court's approval, to extend the time for Plaintiff to file a Plaintiff's Motion for Reversal and/or Remand to October 17, 2017; and that Defendant shall have 30 days or until November 16, 2017, to file her opposition, if any forthcoming. Any reply by plaintiff will be due December 6, 2017.

-1-

This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow for the assigned attorney to attend to family issues that arose during the last several weeks.

DATE: October 4, 2017        Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Mr. Jeffrey Feldman


DATE: October 4, 2017        Steven W. Myhre
United States Attorney


/s/ *Chantal R. Jenkins*

BY: _____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED: 10/06/2017

IT IS SO ORDERED: _____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE